**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTIANA TAH, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>GLOBAL WITNESS PUBLISHING, INC.<br>1100 17th Street NW, Suite 501<br>Washington, DC 20036<br><br>and<br><br>GLOBAL WITNESS<br>Lloyds Chambers 1 Portsoken Street<br>London E1 8BT<br>United Kingdom<br><br>       Defendants. | Case No. 1:18-cv-02109-RMC |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, the undersigned counsel hereby certifies that Defendant Global Witness is a nonprofit, non-governmental organization registered under Section 501(c)(3) of the Internal Revenue Code. Global Witness has no corporate parent and no publicly held corporation owns 10% or more of its stock. Global Witness undertakes its activities in the United States through Defendant Global Witness Publishing, Inc. No publicly held corporation owns 10% or more of Global Witness Publishing, Inc.'s stock.

Dated:  November 9, 2018        Respectfully submitted,

                                        BALLARD SPAHR LLP

                                        /s/ *Chad R. Bowman*
                                        David A. Schulz (D.C. Bar No. 459197)
                                        Chad R. Bowman (D.C. Bar No. 484150)
                                        Maxwell S. Mishkin (D.C. Bar No. 1031356)

1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
schulzd@ballardspahr.com
bowmanchad@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Defendants Global Witness and
Global Witness Publishing, Inc.*

y

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing Corporate Disclosure Statement to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated: November 9, 2018            /s/ *Chad R. Bowman*
                                   Chad R. Bowman