# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTIANA TAH**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-2109 (RMC) |
| **GLOBAL WITNESS PUBLISHING, INC.**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, Dkt. 11, is **GRANTED** and Plaintiffs' Complaint is dismissed.

This is a final appealable Order. *See* Fed. R. App. P. 4. This case is closed.

Date: September 27, 2019

ROSEMARY M. COLLYER
United States District Judge