# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### 333 Constitution Avenue, NW Washington, DC 20001-2866

| | |
|---|---|
| CHRISTIANA TAH, et al., )<br>　　Plaintiffs　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | <br><br>Civil Action No. 18-2109 |
| v.　　　　　　　　　　　　　　　) | (RMC) |
| 　　　　　　　　　　　　　　　　) | |
| GLOBAL WITNESS PUBLISHING, INC., et al., )<br>　　*Defendants*.　　　　　　　　)  | |

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 10th October 2019, that Plaintiffs Christiana Tah and Randolph McClain hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from judgment of this court dated 27 September 2019, in favor of Global Witness Publishing, Inc. and Global Witness against said Plaintiffs.


Dated: October 10, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Arthur V. Medel*
　　　　　　　　　　　　　　　　　　　Arthur V. Medel
　　　　　　　　　　　　　　　　　　　Alima Joned
　　　　　　　　　　　　　　　　　　　MEDEL SANFILIPO
　　　　　　　　　　　　　　　　　　　1701 Pennsylvania Avenue, N.W., Suite 200
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　Tel:  202 683 2008
　　　　　　　　　　　　　　　　　　　　　Fax: 703 991 8014
　　　　　　　　　　　　　　　　　　　avmedel@medsanlaw.net
　　　　　　　　　　　　　　　　　　　ajoned@medsanlaw.net

　　　　　　　　　　　　　　　　　　　Rodney A. Smolla
　　　　　　　　　　　　　　　　　　　4601 Concord Pike
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19807
　　　　　　　　　　　　　　　　　　　rodsmolla@gmail.com
　　　　　　　　　　　　　　　　　　　　　Tel: (864) 373-3882

*Attorneys for Plaintiffs Christiana Tah and Randolph McClain*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused the foregoing Notice of Appeal to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated: October 10, 2019

/s/ *Arthur V. Medel*

Arthur V. Medel