# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### 333 Constitution Avenue, NW Washington, DC 20001-2866

| | |
|---|---|
| CHRISTIANA TAH, et al., ) | |
|       Plaintiffs ) | |
| ) | Civil Action No. 18-2109 |
| v. ) | (RMC) |
| ) | |
| GLOBAL WITNESS PUBLISHING, INC., et al., ) | |
|       *Defendants*. ) | |

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 10th October 2019, that Plaintiffs Christiana Tah and Randolph McClain hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from judgment of this court dated 27 September 2019, in favor of Global Witness Publishing, Inc. and Global Witness against said Plaintiffs.

Dated: October 10, 2019

                                           Respectfully submitted,

                                           /s/ *Arthur V. Medel*
                                           Arthur V. Medel
                                           Alima Joned
                                           MEDEL SANFILIPO
                                           1701 Pennsylvania Avenue, N.W., Suite 200
                                           Washington, D.C. 20006
                                                  Tel:  202 683 2008
                                                  Fax: 703 991 8014
                                           avmedel@medsanlaw.net
                                           ajoned@medsanlaw.net

                                           Rodney A. Smolla
                                           4601 Concord Pike
                                           Wilmington, DE 19807
                                           rodsmolla@gmail.com
                                                  Tel: (864) 373-3882

*Attorneys for Plaintiffs Christiana Tah and Randolph McClain*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused the foregoing Notice of Appeal to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated: October 10, 2019

/s/ *Arthur V. Medel*

Arthur V. Medel