**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTIANA TAH, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>GLOBAL WITNESS PUBLISHING, INC., et al.,<br><br>       Defendants. | Case No. 1:18-cv-02109-RMC |

## DEFENDANTS' NOTICE OF CROSS-APPEAL

Defendants Global Witness and Global Witness Publishing, Inc. (together, "Global Witness"), by and through their undersigned counsel and pursuant to Fed. R. App. P. 4(a)(3), give notice that they hereby cross-appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the Order of this Court entered on June 19, 2019, denying Global Witness's Special Motion to Dismiss Under the D.C. Anti-SLAPP Act (ECF No. 20).

Dated: October 22, 2019

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad R. Bowman (D.C. Bar No. 484150)
David A. Schulz (D.C. Bar No. 459197)
Maxwell S. Mishkin (D.C. Bar No. 1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
schulzd@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Defendants Global Witness and Global Witness Publishing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused Defendants' Notice of Cross-Appeal to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated:  October 22, 2019            /s/ *Chad R. Bowman*
                                    Chad R. Bowman