# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### 333 Constitution Avenue, NW Washington, DC 20001-2866

| | |
|---|---|
| CHRISTIANA TAH, et al.,               ) | |
|     Plaintiffs                              ) | |
| ) | Civil Action No. 18-2109 |
| v.                                                 ) | (RMC) |
| ) | |
| GLOBAL WITNESS PUBLISHING, INC., et al.,  ) | |
|     *Defendants*.                        ) | |

## CERTIFICATION
## <u>NO TRANSCRIPTS WILL BE ORDERED</u>

This is to certify that no transcripts will be ordered for this appeal as the case was decided solely on the pleadings.

Dated: October 24, 2019

                              Respectfully submitted,

                              */s/ Arthur V. Medel*

                              Arthur V. Medel
                              Alima Joned

                              MEDEL SANFILIPO
                              1701 Pennsylvania Avenue, N.W., Suite 200
                              Washington, D.C. 20006
                                    Tel:  202 683 2008
                                    Fax: 703 991 8014
                              avmedel@medsanlaw.net
                              ajoned@medsanlaw.net


                              Rodney A. Smolla
                              4601 Concord Pike
                              Wilmington, DE 19807
                              rodsmolla@gmail.com
                                    Tel: (864) 373-3882

*Attorneys for Plaintiffs Christiana Tah and Randolph McClain*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this date, I caused the foregoing Certification No Transcript Will be Ordered to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated: October 10, 2019

/s/ *Arthur V. Medel*

Arthur V. Medel